# EXHIBIT B

**THIS IS A COURT-APPROVED SETTLEMENT NOTICE**
**\*\*\*THIS IS NOT A SOLICITATION FROM A LAWYER\*\*\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civ. A. No. 15-cv-02156-PAB-KMT

MATTHEW PRIM, Individually and On Behalf of All Others Similarly Situated

    Plaintiff,

v.

ENSIGN UNITED STATES DRILLING, INC.,

    Defendant.

---

**NOTICE OF PROPOSED SETTLEMENT AND RIGHT TO PARTICIPATE**

---

**TO:**   «First_Name» «Last_Name»

**RE:**   Your Right to Participate in Settlement with Ensign.

**DEADLINE TO RETURN CLAIM FORM AND RELEASE: _____, 2019.**

Please read this notice carefully. It tells you about the proposed settlement of a Federal Labor Standards Act (FLSA) collective action lawsuit from which you are eligible to receive a payment should you choose to participate. If you wish to participate in the settlement of this lawsuit, you must follow the directions in this Notice.

## BRIEF OVERVIEW

A proposed settlement (Settlement) in the total maximum amount of $815,000.00 has been reached in this FLSA collective action pending in the United States District Court for the District of Colorado. The Settlement was reached on behalf of all individuals who worked for Ensign United States Drilling, Inc. (Ensign) and received an Operator Safety Bonus and/or Mud Bonus at any time between January 18, 2014 and January 18, 2017 (the Settlement Class).

The federal court in charge of this lawsuit has preliminarily approved the Settlement.

## WHY AM I GETTING THIS NOTICE?

You are receiving this Notice because you were identified by Ensign's records as a member of the Settlement Class. This Notice informs you of the nature of the claims brought in the lawsuit, the

proposed Settlement, how your rights under the FLSA may be affected by the Settlement, and the steps you need to take should you choose to make a claim for your pro rata share of the Settlement.

If you choose to join the Settlement by following the instructions in this Notice and the Settlement is finally approved by the Court, you will receive a settlement payment representing your pro rata share of the Settlement.

## WHAT IS THE LAWSUIT ABOUT?

The FLSA is a federal law that provides remedies for minimum wage and overtime violations. The FLSA allows a single employee to bring claims against an employer on behalf of himself and other similarly situated employees. This is referred to as a collective action.

A former Ensign hourly oilfield employee, Matthew Prim, filed an FLSA collective action lawsuit against Ensign on behalf of himself and other current and former Ensign hourly employees who received an Operator Safety Bonus and/or Mud Bonus (Contested Bonuses) at any time between January 18, 2014 and January 18, 2017. Mr. Prim alleged Ensign did not pay him and these workers overtime as required by the FLSA. Specifically, Mr. Prim claimed Ensign failed to include the Contested Bonuses in their overtime rates as required. Mr. Prim sought back wages in the form of unpaid overtime, double damages (liquidated damages), plus his attorney fees and costs for himself and all similarly situated Ensign hourly employees. Ensign believes the lawsuit is without merit and that Mr. Prim and all similarly situated employees were paid correctly and fairly for their work. Ensign also does not believe a collective action is appropriate. The Court has not made any decision as to which side is right.

This Settlement is the result of good-faith, arm's-length negotiations between Mr. Prim and Ensign, through their respective attorneys. Both sides agree that, considering the risks and expenses associated with continued litigation, this Settlement is fair and appropriate and in the best interests of the Parties and the Settlement Class Members.

The Court preliminarily approved this Settlement and authorized this Notice to be sent to the Settlement Class Members. After the deadline for Settlement Class Members to participate in the Settlement expires (as explained below), the Court will decide whether to give final approval to the proposed Settlement.

## WHAT ARE MY OPTIONS?

You have the following choices:

1. Participate in the Settlement and receive your pro rata share of money from the Settlement fund by timely executing and returning the Claim Form and Release enclosed with this Notice as instructed herein.

2. Do nothing and exclude yourself from the Settlement.

## WHAT HAPPENS IF I SUBMIT MY CLAIM FORM AND RELEASE?

If you return the Claim Form by **«Claim_Filing_Date»** and the Settlement receives Final Approval:

A. You will be acknowledging that you are represented by Mr. Prim's attorneys, JOSEPHSON DUNLAP, LLP and BRUCKNER BURCH, PLLC, and that you will be bound by the terms of the Settlement and the Professional Services Agreement signed by Mr. Prim in this case. You will **not** have to pay these attorneys any money directly. As part of the Settlement, these attorneys – who have been working on this lawsuit for over three years – have requested that the Court award them $288,750.00 (which equals 35% of the Maximum Settlement Amount of $815,000.00 for their attorney's fees and their out-of-pocket expenses). The attorney's fees and their out-of-pocket expenses will be paid out of the Maximum Settlement Amount.

B. You will be waiving and releasing any and all claims for unpaid wages or overtime against Ensign during the period between January 18, 2014 to January 18, 2017.

C. You will receive your pro rata share of the Settlement.

## WHAT HAPPENS IF I DO NOTHING?

If you do nothing and exclude yourself from the Settlement by failing to timely execute and return the Claim Form and Release enclosed with this Notice as instructed, you will not receive a settlement payment or benefit from any recovery obtained under the Settlement, unless you have already joined this lawsuit as a named Plaintiff.

If you do nothing and exclude yourself form this Settlement, you will not give up any legal claims you have may have against Ensign, including the right to pursue an independent action or otherwise assert a claim against Ensign relating to the payment of wages or hours worked. Consistent with the law, the statute of limitations for any FLSA claim you may have against Ensign will continue to run if it has not already passed.

## HOW CAN I PARTICIPATE IN THE SETTLEMENT AND HOW MUCH CAN I EXPECT TO RECEIVE?

The Court preliminarily approved the Settlement and will determine whether to grant final approval following the close of the Settlement opt-in period. If the Settlement receives Final Approval, Ensign will pay a total maximum amount of $815,000.00. After subtracting the Settlement administration costs (an amount not to exceed $15,000.00), attorneys' fees and out-of-pocket costs for the attorneys representing Mr. Prim and those Settlement Class Members who elect to participate in the Settlement (an amount not to exceed $288,750.00), and an enhancement award to Mr. Prim recognizing his efforts on behalf of the Settlement Class (an amount not to exceed $7,500.00), the remaining settlement fund will be allocated among the Settlement Class Members who elect to participate in the Settlement on a pro rata basis.

If the Settlement is finally approved, any Settlement Class Member who timely sends a valid executed Claim Form and Release as instructed in this Notice will receive his or her pro rata share of the remaining settlement fund in accordance with the distribution formula preliminarily approved by the Court. Your pro rata share of the Settlement will be based on your employment history with Ensign between January 18, 2014 and January 18, 2014, including the number of weeks you worked, your rate of pay, and the Contested Bonuses you received during this time. Your pro rata settlement payment is estimated to be: **$«AMOUNT»**.

To receive your pro rata share of the Settlement, **you must** complete, sign, and return the enclosed Claim Form and Release to either the Settlement Administrator (CPT Group), or JOSEPHSON DUNLAP, LLP, at the addresses listed below.

Your executed Claim Form and Release must be returned to either **CPT Group or JOSEPHSON DUNLAP, LLP by U.S. Mail (postmark date), fax, or E-Mail by «Claim_Filing_Date»** as follows:

**Ensign Overtime Settlement**
c/o
CPT Group
50 Corporate Park
Irvine, CA 92606
**Fax:** 949-419-3446
**Email:** _____

**OR**

**Ensign Overtime Settlement**
c/o
Michael A. Josephson
JOSEPHSON DUNLAP, LLP
11 Greenway Plaza, Suite 2050
Houston, TX 77046
**Fax:** 713-352-3300
**Email:** info@mybackwages.com

If you lose or misplace your settlement papers, a copy of the Notice and Claim Form and Release may also be obtained by contacting CPT Group at 1-800-542-0900 or JOSEPHSON DUNLAP, LLP at 713-352-1100 or email info@mybackwages.com.

### WHEN AND HOW WILL I RECEIVE MY MONEY?

If the Court grants final approval of the Settlement, you should receive your pro rata share of the Settlement within 60 days of the date the Court enters an Order finally approving the Settlement.

The Settlement Administrator will send you two checks. For tax reporting purposes, one check representing 50% of your pro rata share will be allocated to payment of unaid wages and will be subject to withholding of federal, states, and local income and payroll taxes, as well as any other required

withholdings and garnishments. You will receive an IRS Form W-2 for this payment from the settlement fund. The reamining 50% of your pro rata share will be allocated to the payment of penalties, liquidated damages, interest, and all other non-wage recovery and will not be subject to any paroll or income tax withholding or deductions. You will receive an IRS Form 1099 for this amount.

You are solely responsible for paying taxes based on your receipt of your pro rata share of the Settlement. Neither Prim's attorneys, nor Ensign's attorneys, can provide any advice regarding such tax payments. If you have any questions regarding the tax treatment of any payments pursuant to the Settlement, you should consult your own tax advisor.

## WHAT HAPPENS IF THE COURT DOES NOT GRANT FINAL APPROVAL?

If the Court does not finally approve the Parties' proposed Settlement, or if the Parties terminate the Settlement due to material modification of its terms by the Court or due to the occurrence of conditions authorizing the Parties to termininate the Settlement, no payments will be made under the Settlement. The rights and duties of the Parties will revert to their status prior to the execution of the Settlement, and the Settlement Class Members will have no rights to a settlment payment pursuant to the Settlement.

## WHAT IF I HAVE OTHER QUESTIONS?

This Notice is only a summary. If you have additional questions, please call **JOSEPHSON DUNLAP, LLP** at **713-352-1100 or the Settlement Administrator at 800-542-0900.** If you would like, you can obtain certain documents related to the case. However, the deadline for receiving your completed Claim Form and Release will not be extended under any circumstances.

You should **not** contact the Court if you have questions about the Settlement or this Notice.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civ. A. No. 15-cv-02156-PAB-KMT

MATTHEW PRIM, Individually and On Behalf of All Others Similarly Situated

    Plaintiff,

v.

ENSIGN UNITED STATES DRILLING, INC.,

    Defendant.

## CLAIM FORM AND RELEASE

    I read the Notice regarding the overtime settlement with Defendant Ensign United States Drilling Inc. ("Ensign"). I had the opportunity to talk to JOSEPHSON DUNLAP, LLP ("Josephson Dunlap") and/or BRUCKNER BURCH, PLLC, attorneys for Plaintiffs in the Lawsuit, about my rights and obligations under the settlement. I am making an informed, knowledgeable, and voluntary decision to sign this Claim Form and Release so I can obtain my settlement payment.

    **I understand my signed Claim Form and Release must be postmarked, faxed, or emailed by «Claim_Filing_Date» or I will not receive any money under the settlement.**

    In consideration for the payment of my pro rata settlement share, I am giving up potential or actual claims against various persons and entities. I am also giving up the right to sue for potential or actual claims against various persons and entities. In particular, I waive and release Ensign (including its past and present parents, subsidiaries, affiliates, officers, directors, board members, shareholders, employees and agents) from any and all claims relating to the payment/non-payment of wages or overtime under federal, state, or other laws during the time period beginning January 18, 2014 to January 18, 2017.

    I declare the foregoing representations and information are true and correct. By submitting the Claim Form and Release, I am consenting to join this Lawsuit.

_____       _____
(Sign Your Name Here)      (Date)

_____
Printed Name

_____       _____
Cell Phone      Email Address

_____       _____
Address      City, State, Zip Code