# EXHIBIT K

| RIG | STATE | DATE |  |  |  | POS | EMPLNAME | HOURS | TOTEARNS | OVTPAY | MUDAMT | BONUS AMT | Week Total Hours | OT Hours | Reg Rate | OT Owed | year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | Friday, January 04, 2013 |  | 2 | 1 |  |  |  |  |  |  |  |  |  |  |  | 2013 |
|  |  | Saturday, January 05, 2013 |  | 2 | 2 |  |  |  |  |  |  |  |  |  |  |  | 2013 |
|  |  | Sunday, January 06, 2013 |  | 2 | 3 |  |  |  |  |  |  |  |  |  |  |  | 2013 |
|  |  | Monday, January 07, 2013 |  | 2 | 4 |  |  |  |  |  |  |  |  |  |  |  | 2013 |
| 121 | CO | Tuesday, January 08, 2013 |  | 2 | 5 | DK |  | 12.5 | 418.76 | 0 | 0 |  |  |  |  |  | 2013 |
| 121 | CO | Wednesday, January 09, 2013 |  | 2 | 6 | DK |  | 6.5 | 217.76 | 0 | 0 |  |  |  |  |  | 2013 |
|  |  | Thursday, January 10, 2013 | * | 2 | 7 |  |  |  |  |  |  | 341.11 | 19.00 | 0 | 51.45 | 0.00 | 2013 |
|  |  | Friday, January 18, 2013 |  | 4 | 1 |  |  |  |  |  |  |  |  |  |  |  | 2013 |
|  |  | Saturday, January 19, 2013 |  | 4 | 2 |  |  |  |  |  |  |  |  |  |  |  | 2013 |
|  |  | Sunday, January 20, 2013 |  | 4 | 3 |  |  |  |  |  |  |  |  |  |  |  | 2013 |
|  |  | Monday, January 21, 2013 |  | 4 | 4 |  |  |  |  |  |  |  |  |  |  |  | 2013 |
| 121 | CO | Tuesday, January 22, 2013 |  | 4 | 5 | SC |  | 10 | 312 | 0 | 0 |  |  |  |  |  | 2013 |
| 121 | CO | Wednesday, January 23, 2013 |  | 4 | 6 | SC |  | 10 | 312 | 0 | 0 |  |  |  |  |  | 2013 |
| 121 | CO | Thursday, January 24, 2013 |  | 4 | 7 | SC |  | 10 | 312 | 0 | 0 | 342.11 | 30.00 | 0 | 42.60 | 0.00 | 2013 |
| 121 | CO | Friday, January 25, 2013 |  | 5 | 1 | SC |  | 10 | 312 | 0 | 0 |  |  |  |  |  | 2013 |
| 121 | CO | Saturday, January 26, 2013 |  | 5 | 2 | SC |  | 10 | 312 | 0 | 0 |  |  |  |  |  | 2013 |
|  |  | Sunday, January 27, 2013 |  | 5 | 3 |  |  |  |  |  |  |  |  |  |  |  | 2013 |
| 121 | CO | Monday, January 28, 2013 |  | 5 | 4 | DK |  | 12.5 | 418.76 | 0 | 0 |  |  |  |  |  | 2013 |
| 121 | CO | Tuesday, January 29, 2013 |  | 5 | 5 | DK |  | 12.5 | 502.52 | 75 | 0 |  |  |  |  |  | 2013 |
|  |  | Wednesday, January 30, 2013 |  | 5 | 6 |  |  |  |  |  |  |  |  |  |  |  | 2013 |
|  |  | Thursday, January 31, 2013 |  | 5 | 7 |  |  |  |  |  |  | 343.11 | 45.00 | 5 | 41.96 | 29.91 | 2013 |
|  |  | Friday, February 01, 2013 |  | 6 | 1 |  |  |  |  |  |  |  |  |  |  |  | 2013 |
|  |  | Saturday, February 02, 2013 |  | 6 | 2 |  |  |  |  |  |  |  |  |  |  |  | 2013 |
|  |  | Sunday, February 03, 2013 |  | 6 | 3 |  |  |  |  |  |  |  |  |  |  |  | 2013 |
|  |  | Monday, February 04, 2013 |  | 6 | 4 |  |  |  |  |  |  |  |  |  |  |  | 2013 |
| 121 | CO | Tuesday, February 05, 2013 |  | 6 | 5 | DK |  | 12.5 | 418.76 | 0 | 0 |  |  |  |  |  | 2013 |
| 121 | CO | Wednesday, February 06, 2013 |  | 6 | 6 | DK |  | 12.5 | 418.76 | 0 | 0 |  |  |  |  |  | 2013 |
| 121 | CO | Thursday, February 07, 2013 |  | 6 | 7 | DK |  | 12.5 | 418.76 | 0 | 0 | 344.11 | 37.50 | 0 | 42.68 | 0.00 | 2013 |
| 121 | CO | Friday, February 08, 2013 |  | 7 | 1 | DK |  | 12.5 | 418.76 | 0 | 0 |  |  |  |  |  | 2013 |
| 121 | CO | Saturday, February 09, 2013 |  | 7 | 2 | DK |  | 12.5 | 418.76 | 0 | 0 |  |  |  |  |  | 2013 |
| 121 | CO | Sunday, February 10, 2013 |  | 7 | 3 | DK |  | 12.5 | 418.76 | 0 | 0 |  |  |  |  |  | 2013 |
| 121 | CO | Monday, February 11, 2013 |  | 7 | 4 | DK |  | 12.5 | 586.27 | 150 | 0 |  |  |  |  |  | 2013 |
|  |  | Tuesday, February 12, 2013 |  | 7 | 5 |  |  |  |  |  |  |  |  |  |  |  | 2013 |
|  |  | Wednesday, February 13, 2013 |  | 7 | 6 |  |  |  |  |  |  |  |  |  |  |  | 2013 |
|  |  | Thursday, February 14, 2013 |  | 7 | 7 |  |  |  |  |  |  | 345.11 | 50.00 | 10 | 43.75 | 68.77 | 2013 |
|  |  | Friday, February 15, 2013 |  | 8 | 1 |  |  |  |  |  |  |  |  |  |  |  | 2013 |
|  |  | Saturday, February 16, 2013 |  | 8 | 2 |  |  |  |  |  |  |  |  |  |  |  | 2013 |
|  |  | Sunday, February 17, 2013 |  | 8 | 3 |  |  |  |  |  |  |  |  |  |  |  | 2013 |
|  |  | Monday, February 18, 2013 |  | 8 | 4 |  |  |  |  |  |  |  |  |  |  |  | 2013 |
| 121 | CO | Tuesday, February 19, 2013 |  | 8 | 5 | DK |  | 12.5 | 418.76 | 0 | 0 |  |  |  |  |  | 2013 |
| 121 | CO | Wednesday, February 20, 2013 |  | 8 | 6 | DK |  | 15 | 502.52 | 0 | 0 |  |  |  |  |  | 2013 |
| 121 | CO | Thursday, February 21, 2013 |  | 8 | 7 | DK |  | 13 | 443.89 | 7.5 | 0 | 346.11 | 40.50 | 0.5 | 42.25 | 3.06 | 2013 |
| 121 | CO | Friday, February 22, 2013 |  | 9 | 1 | DK |  | 12.5 | 418.76 | 0 | 0 |  |  |  |  |  | 2013 |
| 121 | CO | Saturday, February 23, 2013 |  | 9 | 2 | DK |  | 12.5 | 418.76 | 0 | 0 |  |  |  |  |  | 2013 |
| 121 | CO | Sunday, February 24, 2013 |  | 9 | 3 | DK |  | 12.5 | 418.76 | 0 | 0 |  |  |  |  |  | 2013 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 121 | CO | Monday, February 25, 2013 | | 9 | 4 | DK | | 13 | 611.39 | 157.5 | 0 | | | 2013 |
| | | Tuesday, February 26, 2013 | | 9 | 5 | | | | | | | | | 2013 |
| | | Wednesday, February 27, 2013 | | 9 | 6 | | | | | | | | | 2013 |
| | | Thursday, February 28, 2013 | * | 9 | 7 | | | | | | | 347.11 | 50.50 | 10.5 | 43.86 | 72.75 | 2013 |
| | | Friday, July 26, 2013 | | 31 | 1 | | | | | | | | | 2013 |
| 121 | CO | Saturday, July 27, 2013 | | 31 | 2 | DK | | 12.5 | 419.03 | 0 | 0 | | | 2013 |
| 121 | CO | Sunday, July 28, 2013 | | 31 | 3 | DK | | 12.5 | 419.03 | 0 | 0 | | | 2013 |
| 121 | CO | Monday, July 29, 2013 | | 31 | 4 | DK | | 12.5 | 586.64 | 150 | 0 | | | 2013 |
| | | Tuesday, July 30, 2013 | | 31 | 5 | | | | | | | | | 2013 |
| | | Wednesday, July 31, 2013 | | 31 | 6 | | | | | | | | | 2013 |
| | | Thursday, August 01, 2013 | | 31 | 7 | | | | | | | 348.11 | 37.50 | 0 | 47.27 | 0.00 | 2013 |
| 121 | CO | Friday, August 02, 2013 | | 32 | 1 | DK | | 12.5 | 419.03 | 0 | 0 | | | 2013 |
| | | Saturday, August 03, 2013 | | 32 | 2 | | | | | | | | | 2013 |
| | | Sunday, August 04, 2013 | | 32 | 3 | | | | | | | | | 2013 |
| | | Monday, August 05, 2013 | | 32 | 4 | | | | | | | | | 2013 |
| 121 | CO | Tuesday, August 06, 2013 | | 32 | 5 | DK | | 12.5 | 419.03 | 0 | 0 | | | 2013 |
| 121 | CO | Wednesday, August 07, 2013 | | 32 | 6 | DK | | 12.5 | 419.03 | 0 | 0 | | | 2013 |
| 121 | CO | Thursday, August 08, 2013 | | 32 | 7 | DK | | 12.5 | 586.64 | 150 | 0 | 349.11 | 50.00 | 10 | 43.86 | 69.28 | 2013 |
| 121 | CO | Friday, August 09, 2013 | | 33 | 1 | DK | | 12.5 | 419.03 | 0 | 0 | | | 2013 |
| 121 | CO | Saturday, August 10, 2013 | | 33 | 2 | DK | | 12.5 | 419.03 | 0 | 0 | | | 2013 |
| 121 | CO | Sunday, August 11, 2013 | | 33 | 3 | DK | | 12.5 | 419.03 | 0 | 0 | | | 2013 |
| 121 | CO | Monday, August 12, 2013 | | 33 | 4 | DK | | 12.5 | 586.64 | 150 | 0 | | | 2013 |
| | | Tuesday, August 13, 2013 | | 33 | 5 | | | | | | | | | 2013 |
| | | Wednesday, August 14, 2013 | | 33 | 6 | | | | | | | | | 2013 |
| | | Thursday, August 15, 2013 | | 33 | 7 | | | | | | | 350.11 | 50.00 | 10 | 43.88 | 69.38 | 2013 |
| | | Friday, August 16, 2013 | | 34 | 1 | | | | | | | | | 2013 |
| | | Saturday, August 17, 2013 | | 34 | 2 | | | | | | | | | 2013 |
| | | Sunday, August 18, 2013 | | 34 | 3 | | | | | | | | | 2013 |
| | | Monday, August 19, 2013 | | 34 | 4 | | | | | | | | | 2013 |
| 121 | CO | Tuesday, August 20, 2013 | | 34 | 5 | DK | | 12.5 | 419.03 | 0 | 0 | | | 2013 |
| 121 | CO | Wednesday, August 21, 2013 | | 34 | 6 | DK | | 12.5 | 419.03 | 0 | 0 | | | 2013 |
| 121 | CO | Thursday, August 22, 2013 | | 34 | 7 | DK | | 12.5 | 419.03 | 0 | 0 | 351.11 | 37.50 | 0 | 42.89 | 0.00 | 2013 |
| 121 | CO | Friday, August 23, 2013 | | 35 | 1 | DK | | 12.5 | 419.03 | 0 | 0 | | | 2013 |
| 121 | CO | Saturday, August 24, 2013 | | 35 | 2 | DK | | 12 | 402.26 | 0 | 0 | | | 2013 |
| 121 | CO | Sunday, August 25, 2013 | | 35 | 3 | DK | | 12.5 | 419.03 | 0 | 0 | | | 2013 |
| 121 | CO | Monday, August 26, 2013 | | 35 | 4 | DK | | 12.5 | 578.25 | 142.5 | 0 | | | 2013 |
| | | Tuesday, August 27, 2013 | | 35 | 5 | | | | | | | | | 2013 |
| | | Wednesday, August 28, 2013 | | 35 | 6 | | | | | | | | | 2013 |
| | | Thursday, August 29, 2013 | | 35 | 7 | | | | | | | 352.11 | 49.50 | 9.5 | 43.85 | 65.80 | 2013 |
| | | Friday, August 30, 2013 | | 36 | 1 | | | | | | | | | 2013 |
| | | Saturday, August 31, 2013 | | 36 | 2 | | | | | | | | | 2013 |
| | | Sunday, September 01, 2013 | | 36 | 3 | | | | | | | | | 2013 |
| | | Monday, September 02, 2013 | | 36 | 4 | | | | | | | | | 2013 |
| 121 | CO | Tuesday, September 03, 2013 | | 36 | 5 | DK | | 12.5 | 419.03 | 0 | 0 | | | 2013 |
| 121 | CO | Wednesday, September 04, 2013 | | 36 | 6 | DK | | 12.5 | 419.03 | 0 | 0 | | | 2013 |
| 121 | CO | Thursday, September 05, 2013 | | 36 | 7 | DK | | 12.5 | 419.03 | 0 | 0 | 353.11 | 37.50 | 0 | 42.94 | 0.00 | 2013 |
| 121 | CO | Friday, September 06, 2013 | | 37 | 1 | DK | | 12.5 | 419.03 | 0 | 0 | | | 2013 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 121 | CO | Saturday, September 07, 2013 | | 37 | 2 | DK | 12.5 | 419.03 | 0 | 0 | | | 2013 |
| 121 | CO | Sunday, September 08, 2013 | | 37 | 3 | DK | 12.5 | 419.03 | 0 | 0 | | | 2013 |
| 121 | CO | Monday, September 09, 2013 | | 37 | 4 | DK | 12.5 | 586.64 | 150 | 0 | | | 2013 |
| | | Tuesday, September 10, 2013 | | 37 | 5 | | | | | | | | 2013 |
| | | Wednesday, September 11, 2013 | | 37 | 6 | | | | | | | | 2013 |
| | | Thursday, September 12, 2013 | * | 37 | 7 | | | | | | 354.11 | 50.00 | 10 | 43.96 | 69.78 | 2013 |
| | | Friday, September 27, 2013 | | 40 | 1 | | | | | | | | 2013 |
| | | Saturday, September 28, 2013 | | 40 | 2 | | | | | | | | 2013 |
| | | Sunday, September 29, 2013 | | 40 | 3 | | | | | | | | 2013 |
| | | Monday, September 30, 2013 | | 40 | 4 | | | | | | | | 2013 |
| 121 | CO | Tuesday, October 01, 2013 | | 40 | 5 | DK | 12.5 | 419.03 | 0 | 0 | | | 2013 |
| 121 | CO | Wednesday, October 02, 2013 | | 40 | 6 | DK | 12.5 | 419.03 | 0 | 0 | | | 2013 |
| 121 | CO | Thursday, October 03, 2013 | | 40 | 7 | DK | 12.5 | 419.03 | 0 | 0 | 355.11 | 37.50 | 0 | 42.99 | 0.00 | 2013 |
| 121 | CO | Friday, October 04, 2013 | | 41 | 1 | DK | 12.5 | 419.03 | 0 | 0 | | | 2013 |
| 121 | CO | Saturday, October 05, 2013 | | 41 | 2 | DK | 12.5 | 419.03 | 0 | 0 | | | 2013 |
| 121 | CO | Sunday, October 06, 2013 | | 41 | 3 | DK | 12.5 | 419.03 | 0 | 0 | | | 2013 |
| 121 | CO | Monday, October 07, 2013 | | 41 | 4 | DK | 12.5 | 586.64 | 150 | 0 | | | 2013 |
| | | Tuesday, October 08, 2013 | | 41 | 5 | | | | | | | | 2013 |
| | | Wednesday, October 09, 2013 | | 41 | 6 | | | | | | | | 2013 |
| | | Thursday, October 10, 2013 | * | 41 | 7 | | | | | | 356.11 | 50.00 | 10 | 44.00 | 69.98 | 2013 |

| DATE | POS | EMPLNAME | HOURS | REGEARNS | OTHEARNS | TOTEARNS | REGHRS | OVTHRS | OVTPAY | MUDAMT | BONUS AMOUNT | WHOLE TOTAL EARNINGS | NEW 1/2 HOUR | OVERTIME DUE | TOTAL DUE TO EMPLOYEE | Total Hours | OT Hours | Hrly Rate | OT Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/17/2014 | 51 DK | | 12.50 | 532.50 | 88.92 | 621.42 | 0.00 | 12.50 | 177.50 | 25.00 | | | | | | | | | |
| 12/18/2014 | 51 DK | | 12.50 | 532.50 | 88.92 | 621.42 | 0.00 | 12.50 | 177.50 | 25.00 | | | | | | | | | |
| | | | 25.00 | | | 1242.84 | | 25.00 | 355.00 | 50.00 | 318.18 | 1611.02 | 32.2204 | 450.51 | | | | | |
| 12/19/2014 | 52 DK | | 12.50 | 355.00 | 57.61 | 412.61 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 12/20/2014 | 52 DK | | 12.50 | 355.00 | 57.61 | 412.61 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 12/21/2014 | 52 DK | | 7.50 | 213.00 | 48.57 | 261.57 | 7.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| | | | 32.50 | | | 1086.79 | | 0.00 | 0.00 | 0.00 | 318.18 | 1404.97 | 21.61492 | 0 | | | | | |
| 8/19/2014 | 34 DK | | 12.50 | 355.00 | 57.16 | 412.16 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 8/20/2014 | 34 DK | | 12.50 | 355.00 | 57.16 | 412.16 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 8/21/2014 | 34 DK | | 12.50 | 355.00 | 57.16 | 412.16 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| | | | 37.50 | | | 1236.48 | | 0.00 | 0.00 | 0.00 | 364.58 | 1601.06 | 21.34747 | 0 | | | | | |
| 8/22/2014 | 35 DK | | 12.50 | 355.00 | 57.16 | 412.16 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 8/23/2014 | 35 DK | | 12.50 | 355.00 | 57.16 | 412.16 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 8/24/2014 | 35 DK | | 12.50 | 355.00 | 57.16 | 412.16 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 8/25/2014 | 35 DK | | 12.50 | 497.00 | 68.02 | 565.02 | 2.50 | 10.00 | 142.00 | 0.00 | | | | | | | | | |
| 8/26/2014 | 35 DK | | 12.50 | 532.50 | 70.74 | 603.24 | 0.00 | 12.50 | 177.50 | 0.00 | | | | | | | | | |
| 8/27/2014 | 35 DK | | 12.50 | 532.50 | 70.74 | 603.24 | 0.00 | 12.50 | 177.50 | 0.00 | | | | | | | | | |
| 8/28/2014 | 35 DK | | 12.50 | 532.50 | 70.74 | 603.24 | 0.00 | 12.50 | 177.50 | 0.00 | | | | | | | | | |
| | | | 87.50 | | | 3611.22 | | 47.50 | 674.50 | 0.00 | 364.58 | 3975.8 | 22.71886 | 404.6457 | | 87.50 | 47.5 | 45.44 | 404.65 |
| 8/29/2014 | 36 DK | | 12.50 | 355.00 | 85.35 | 440.35 | 12.50 | 0.00 | 0.00 | 25.00 | | | | | | | | | |
| 8/30/2014 | 36 DK | | 12.50 | 355.00 | 85.35 | 440.35 | 12.50 | 0.00 | 0.00 | 25.00 | | | | | | | | | |
| 8/31/2014 | 36 DK | | 12.50 | 355.00 | 85.35 | 440.35 | 12.50 | 0.00 | 0.00 | 25.00 | | | | | | | | | |
| 9/1/2014 | 36 DK | | 12.50 | 497.00 | 97.49 | 594.49 | 2.50 | 10.00 | 142.00 | 25.00 | | | | | | | | | |
| | | | 50.00 | | | 1915.54 | | 10.00 | 142.00 | 100.00 | 364.58 | 2380.12 | 23.8012 | 96.012 | | 50.00 | 10 | 47.60 | 96.01 |
| 9/16/2014 | 38 DK | | 12.50 | 355.00 | 85.35 | 440.35 | 12.50 | 0.00 | 0.00 | 25.00 | | | | | | | | | |
| 9/17/2014 | 38 DK | | 12.50 | 355.00 | 85.35 | 440.35 | 12.50 | 0.00 | 0.00 | 25.00 | | | | | | | | | |
| 9/18/2014 | 38 DK | | 12.50 | 355.00 | 85.35 | 440.35 | 12.50 | 0.00 | 0.00 | 25.00 | | | | | | | | | |
| | | | 37.50 | | | 1321.05 | | 0.00 | 0.00 | 75.00 | 364.58 | 1760.63 | 23.47507 | 0 | | | | | |
| 9/19/2014 | 39 DK | | 13.00 | 369.20 | 86.57 | 455.77 | 13.00 | 0.00 | 0.00 | 25.00 | | | | | | | | | |
| 9/20/2014 | 39 DK | | 12.50 | 355.00 | 85.35 | 440.35 | 12.50 | 0.00 | 0.00 | 25.00 | | | | | | | | | |
| 9/21/2014 | 39 DK | | 12.50 | 355.00 | 85.35 | 440.35 | 12.50 | 0.00 | 0.00 | 25.00 | | | | | | | | | |
| 9/22/2014 | 39 DK | | 12.50 | 504.10 | 98.10 | 602.20 | 2.00 | 10.50 | 149.10 | 25.00 | | | | | | | | | |
| 9/23/2014 | 39 DK | | 12.50 | 532.50 | 100.53 | 633.03 | 0.00 | 12.50 | 177.50 | 25.00 | | | | | | | | | |
| 9/24/2014 | 39 DK | | 12.50 | 532.50 | 100.53 | 633.03 | 0.00 | 12.50 | 177.50 | 25.00 | | | | | | | | | |
| 9/25/2014 | 39 DK | | 12.50 | 532.50 | 100.53 | 633.03 | 0.00 | 12.50 | 177.50 | 25.00 | | | | | | | | | |
| | | | 88.00 | | | 3837.76 | | 48.00 | 681.60 | 175.00 | 364.58 | 4377.34 | 24.87125 | 512.22 | | 88.00 | 48 | 49.74 | 512.22 |
| 9/26/2014 | 40 DK | | 12.50 | 355.00 | 85.35 | 440.35 | 12.50 | 0.00 | 0.00 | 25.00 | | | | | | | | | |
| 9/27/2014 | 40 DK | | 12.50 | 355.00 | 85.35 | 440.35 | 12.50 | 0.00 | 0.00 | 25.00 | | | | | | | | | |
| 9/28/2014 | 40 DK | | 12.50 | 355.00 | 85.35 | 440.35 | 12.50 | 0.00 | 0.00 | 25.00 | | | | | | | | | |
| 9/29/2014 | 40 DK | | 12.50 | 497.00 | 97.49 | 594.49 | 2.50 | 10.00 | 142.00 | 25.00 | | | | | | | | | |
| | | | 50.00 | | | 1915.54 | | 10.00 | 142.00 | 100.00 | 364.58 | 2380.12 | 23.8012 | 96.012 | | 50.00 | 10 | 47.60 | 96.01 |
| 10/14/2014 | 42 DK | | 12.50 | 355.00 | 60.35 | 415.35 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 10/15/2014 | 42 DK | | 12.50 | 355.00 | 60.35 | 415.35 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 10/16/2014 | 42 DK | | 12.50 | 355.00 | 60.35 | 415.35 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| | | | 37.50 | | | 1246.05 | | 0.00 | 0.00 | 0.00 | 364.58 | 1610.63 | 21.47507 | 0 | | | | | |
| 10/17/2014 | 43 DK | | 12.50 | 355.00 | 60.35 | 415.35 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 10/18/2014 | 43 DK | | 12.50 | 355.00 | 60.35 | 415.35 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 10/19/2014 | 43 DK | | 12.50 | 355.00 | 60.35 | 415.35 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 10/20/2014 | 43 DK | | 12.50 | 497.00 | 72.49 | 569.49 | 2.50 | 10.00 | 142.00 | 0.00 | | | | | | | | | |
| 10/21/2014 | 43 DK | | 12.50 | 532.50 | 75.53 | 608.03 | 0.00 | 12.50 | 177.50 | 0.00 | | | | | | | | | |
| 10/22/2014 | 43 DK | | 12.50 | 532.50 | 75.53 | 608.03 | 0.00 | 12.50 | 177.50 | 0.00 | | | | | | | | | |

| Date | # | Code | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/23/2014 | 43 | DK | | 12.50 | 532.50 | 75.53 | 608.03 | 0.00 | 12.50 | 177.50 | 0.00 | | | | | | | | | |
| | | | | 87.50 | | | 3639.63 | | 47.50 | 674.50 | 0.00 | 364.58 | 4004.21 | 22.8812 | 412.357 | | 87.50 | 47.5 | 45.76 | 412.36 |
| 10/24/2014 | 44 | DK | | 12.50 | 355.00 | 60.35 | 415.35 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 10/25/2014 | 44 | DK | | 12.50 | 355.00 | 60.35 | 415.35 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 10/26/2014 | 44 | DK | | 12.50 | 355.00 | 60.35 | 415.35 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 10/27/2014 | 44 | DK | | 12.50 | 497.00 | 72.49 | 569.49 | 2.50 | 10.00 | 142.00 | 0.00 | | | | | | | | | |
| | | | | 50.00 | | | 1815.54 | | 10.00 | 142.00 | 0.00 | 364.58 | 2180.12 | 21.8012 | 76.012 | | 50.00 | 10 | 43.60 | 76.01 |
| 11/11/2014 | 46 | DK | | 12.50 | 355.00 | 60.35 | 415.35 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 11/12/2014 | 46 | DK | | 12.50 | 355.00 | 60.35 | 415.35 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 11/13/2014 | 46 | DK | | 12.50 | 355.00 | 60.35 | 415.35 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| | | | | 37.50 | | | 1246.05 | | 0.00 | 0.00 | 0.00 | 364.58 | 1610.63 | 21.47507 | 0 | | | | | |
| 11/14/2014 | 47 | DK | | 12.50 | 355.00 | 60.35 | 415.35 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 11/15/2014 | 47 | DK | | 12.50 | 355.00 | 60.35 | 415.35 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 11/16/2014 | 47 | DK | | 12.50 | 355.00 | 60.35 | 415.35 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 11/17/2014 | 47 | DK | | 12.50 | 497.00 | 72.49 | 569.49 | 2.50 | 10.00 | 142.00 | 0.00 | | | | | | | | | |
| 11/18/2014 | 47 | DK | | 12.50 | 532.50 | 75.53 | 608.03 | 0.00 | 12.50 | 177.50 | 0.00 | | | | | | | | | |
| 11/19/2014 | 47 | DK | | 12.50 | 532.50 | 75.53 | 608.03 | 0.00 | 12.50 | 177.50 | 0.00 | | | | | | | | | |
| 11/20/2014 | 47 | DK | | 12.50 | 532.50 | 75.53 | 608.03 | 0.00 | 12.50 | 177.50 | 0.00 | | | | | | | | | |
| | | | | 87.50 | | | 3639.63 | | 47.50 | 674.50 | 0.00 | 364.58 | 4004.21 | 22.8812 | 412.357 | | 87.50 | 47.5 | 45.76 | 412.36 |
| 11/21/2014 | 48 | DK | | 12.50 | 355.00 | 77.61 | 432.61 | 12.50 | 0.00 | 0.00 | 25.00 | | | | | | | | | |
| 11/22/2014 | 48 | DK | | 12.50 | 355.00 | 77.61 | 432.61 | 12.50 | 0.00 | 0.00 | 25.00 | | | | | | | | | |
| 11/23/2014 | 48 | DK | | 12.50 | 355.00 | 77.61 | 432.61 | 12.50 | 0.00 | 0.00 | 25.00 | | | | | | | | | |
| 11/24/2014 | 48 | DK | | 12.50 | 497.00 | 86.66 | 583.66 | 2.50 | 10.00 | 142.00 | 25.00 | | | | | | | | | |
| | | | | 50.00 | | | 1881.49 | | 10.00 | 142.00 | 100.00 | 364.58 | 2346.07 | 23.4607 | 92.607 | 2552.733 | 50.00 | 10 | 46.92 | 92.61 |

| DATE | POS | EMPLNAME | HOURS | REGEARNS | OTHEARNS | TOTEARNS | REGHRS | OVTHRS | OVTPAY | MUDAMT | BONUS AMOUNT | WHOLE TOTAL EARNINGS | NEW 1/2 HOUR | OVERTIME DUE | TOTAL DUE TO EMPLOYEE | Total Hours | OT Hoyrs | Hrly Rate | OT Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/30/2015 | 27 FH | | 14.50 | 609.00 | 65.00 | 674.00 | 0.00 | 14.50 | 203.00 | 30.00 | | | | | | | | | |
| 7/1/2015 | 27 FH | | 13.50 | 567.00 | 65.00 | 632.00 | 0.00 | 13.50 | 189.00 | 30.00 | | | | | | | | | |
| 7/2/2015 | 27 FH | | 16.00 | 672.00 | 65.00 | 737.00 | 0.00 | 16.00 | 224.00 | 30.00 | | | | | | | | | |
| | | | 44.00 | | | 2043.00 | | 44.00 | 616.00 | 90.00 | 112.5 | 2245.5 | 25.51705 | 506.75 | | 44.00 | 4 | 51.03 | |
| 7/3/2015 | 28 FH | | 12.50 | 350.00 | 35.00 | 385.00 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 7/4/2015 | 28 FH | | 12.50 | 350.00 | 35.00 | 385.00 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 7/5/2015 | 28 FH | | 12.50 | 350.00 | 35.00 | 385.00 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 7/6/2015 | 28 FH | | 12.50 | 490.00 | 35.00 | 525.00 | 2.50 | 10.00 | 140.00 | 0.00 | | | | | | | | | |
| | | | 50.00 | | | 1680.00 | | 10.00 | 140.00 | 0.00 | 112.5 | 1792.5 | 17.925 | 39.25 | | 50.00 | 10 | 35.85 | 39.25 |
| 7/19/2015 | 30 FH | | 8.00 | 224.00 | 65.00 | 289.00 | 8.00 | 0.00 | 0.00 | 30.00 | | | | | | | | | |
| 7/20/2015 | 30 FH | | 8.00 | 224.00 | 65.00 | 289.00 | 8.00 | 0.00 | 0.00 | 30.00 | | | | | | | | | |
| 7/21/2015 | 30 FH | | 12.50 | 350.00 | 65.00 | 415.00 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | | |
| 7/22/2015 | 30 FH | | 12.50 | 364.00 | 65.00 | 429.00 | 11.50 | 1.00 | 14.00 | 30.00 | | | | | | | | | |
| 7/23/2015 | 30 FH | | 12.50 | 525.00 | 65.00 | 590.00 | 0.00 | 12.50 | 175.00 | 30.00 | | | | | | | | | |
| | | | 53.50 | | | 2012.00 | | 13.50 | 189.00 | 150.00 | 112.5 | 2274.5 | 21.25701 | 97.96963 | | 53.50 | 13.5 | 42.51 | 97.97 |
| 7/24/2015 | 31 FH | | 12.50 | 350.00 | 65.00 | 415.00 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | | |
| 7/25/2015 | 31 FH | | 12.50 | 350.00 | 65.00 | 415.00 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | | |
| 7/26/2015 | 31 FH | | 12.50 | 350.00 | 65.00 | 415.00 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | | |
| 7/27/2015 | 31 FH | | 12.50 | 490.00 | 65.00 | 555.00 | 2.50 | 10.00 | 140.00 | 30.00 | | | | | | | | | |
| 7/28/2015 | 31 FH | | 12.50 | 525.00 | 65.00 | 590.00 | 0.00 | 12.50 | 175.00 | 30.00 | | | | | | | | | |
| 7/29/2015 | 31 FH | | 12.50 | 525.00 | 65.00 | 590.00 | 0.00 | 12.50 | 175.00 | 30.00 | | | | | | | | | |
| 7/30/2015 | 31 FH | | 12.50 | 525.00 | 65.00 | 590.00 | 0.00 | 12.50 | 175.00 | 30.00 | | | | | | | | | |
| | | | 87.50 | | | 3570.00 | | 47.50 | 665.00 | 210.00 | 112.5 | 3892.5 | 22.24286 | 391.5357 | | 87.50 | 47.5 | 44.49 | 391.54 |
| 7/31/2015 | 32 FH | | 12.50 | 350.00 | 65.00 | 415.00 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | | |
| 8/1/2015 | 32 FH | | 12.50 | 350.00 | 65.00 | 415.00 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | | |
| 8/2/2015 | 32 FH | | 12.50 | 350.00 | 65.00 | 415.00 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | | |
| 8/3/2015 | 32 FH | | 12.50 | 490.00 | 65.00 | 555.00 | 2.50 | 10.00 | 140.00 | 30.00 | | | | | | | | | |
| | | | 50.00 | | | 1800.00 | | 10.00 | 140.00 | 120.00 | 112.5 | 2032.5 | 20.325 | 63.25 | | 50.00 | 10 | 40.65 | 63.25 |
| 8/18/2015 | 34 FH | | 12.50 | 350.00 | 65.00 | 415.00 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | | |
| 8/19/2015 | 34 FH | | 12.50 | 350.00 | 65.00 | 415.00 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | | |
| 8/20/2015 | 34 FH | | 12.50 | 350.00 | 65.00 | 415.00 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | | |
| | | | 37.50 | | | 1245.00 | | 0.00 | 0.00 | 90.00 | 112.5 | 1447.5 | 19.3 | 0 | | | | | |
| 8/21/2015 | 35 FH | | 12.50 | 350.00 | 65.00 | 415.00 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | | |
| 8/22/2015 | 35 FH | | 12.50 | 350.00 | 65.00 | 415.00 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | | |
| 8/23/2015 | 35 FH | | 12.50 | 350.00 | 65.00 | 415.00 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | | |
| 8/24/2015 | 35 FH | | 12.50 | 490.00 | 65.00 | 555.00 | 2.50 | 10.00 | 140.00 | 30.00 | | | | | | | | | |
| 8/25/2015 | 35 FH | | 12.50 | 525.00 | 65.00 | 590.00 | 0.00 | 12.50 | 175.00 | 30.00 | | | | | | | | | |
| 8/26/2015 | 35 FH | | 12.50 | 525.00 | 65.00 | 590.00 | 0.00 | 12.50 | 175.00 | 30.00 | | | | | | | | | |
| 8/27/2015 | 35 FH | | 12.50 | 525.00 | 65.00 | 590.00 | 0.00 | 12.50 | 175.00 | 30.00 | | | | | | | | | |
| | | | 87.50 | | | 3570.00 | | 47.50 | 665.00 | 210.00 | 112.5 | 3892.5 | 22.24286 | 391.5357 | | 87.50 | 47.5 | 44.49 | 391.54 |
| 8/28/2015 | 36 FH | | 12.50 | 350.00 | 65.00 | 415.00 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | | |
| 8/29/2015 | 36 FH | | 12.50 | 350.00 | 65.00 | 415.00 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | | |
| 8/30/2015 | 36 FH | | 12.50 | 350.00 | 65.00 | 415.00 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | | |
| 8/31/2015 | 36 FH | | 12.50 | 490.00 | 65.00 | 555.00 | 2.50 | 10.00 | 140.00 | 30.00 | | | | | | | | | |
| | | | 50.00 | | | 1800.00 | | 10.00 | 140.00 | 120.00 | 112.5 | 2032.5 | 20.325 | 63.25 | | 50.00 | 10 | 40.65 | 63.25 |
| 9/15/2015 | 38 FH | | 12.50 | 350.00 | 65.00 | 415.00 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | | |
| 9/16/2015 | 38 FH | | 12.50 | 350.00 | 65.00 | 415.00 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | | |
| 9/17/2015 | 38 FH | | 12.50 | 350.00 | 65.00 | 415.00 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | | |
| | | | 37.50 | | | 1245.00 | | 0.00 | 0.00 | 90.00 | 112.5 | 1447.5 | 19.3 | 0 | | | | | |
| 9/18/2015 | 39 FH | | 12.50 | 350.00 | 65.00 | 415.00 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | | |
| 9/19/2015 | 39 FH | | 12.50 | 350.00 | 65.00 | 415.00 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | | |

| Date | Wk | Type | | H1 | Amt1 | H2 | Total | X | Y | Z | Q | R | S1 | S2 | S3 | T1 | T2 | T3 | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/20/2015 | 39 | FH | | 12.50 | 350.00 | 65.00 | 415.00 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | |
| 9/21/2015 | 39 | FH | | 12.50 | 490.00 | 65.00 | 555.00 | 2.50 | 10.00 | 140.00 | 30.00 | | | | | | | | |
| 9/22/2015 | 39 | FH | | 15.00 | 630.00 | 65.00 | 695.00 | 0.00 | 15.00 | 210.00 | 30.00 | | | | | | | | |
| | | | | 65.00 | | | 2495.00 | | 25.00 | 350.00 | 150.00 | 112.5 | 2757.5 | 21.21154 | 180.2885 | | 65.00 | 25 | 42.42 | 180.29 |
| 3/31/2015 | 14 | FH | | 14.50 | 364.68 | 60.86 | 425.54 | 14.50 | 0.00 | 0.00 | 0.00 | | | | | | | | |
| 4/1/2015 | 14 | FH | | 12.50 | 314.38 | 57.29 | 371.67 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | |
| 4/2/2015 | 14 | FH | | 12.50 | 314.38 | 57.29 | 371.67 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | |
| | | | | 39.50 | | | 1168.88 | | 0.00 | 0.00 | 0.00 | 458.33 | 1627.21 | 20.59759 | 0 | | | | | |
| 4/3/2015 | 15 | FH | | 12.50 | 314.38 | 57.29 | 371.67 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | |
| 4/4/2015 | 15 | FH | | 12.50 | 314.38 | 57.29 | 371.67 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | |
| 4/5/2015 | 15 | FH | | 12.50 | 314.38 | 57.29 | 371.67 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | |
| 4/6/2015 | 15 | FH | | 12.50 | 440.13 | 66.20 | 506.33 | 2.50 | 10.00 | 125.75 | 0.00 | | | | | | | | |
| 4/7/2015 | 15 | FH | | 12.50 | 471.57 | 68.43 | 540.00 | 0.00 | 12.50 | 157.19 | 0.00 | | | | | | | | |
| 4/8/2015 | 15 | FH | | 12.50 | 471.57 | 68.43 | 540.00 | 0.00 | 12.50 | 157.19 | 0.00 | | | | | | | | |
| 4/9/2015 | 15 | FH | | 12.50 | 471.57 | 68.43 | 540.00 | 0.00 | 12.50 | 157.19 | 0.00 | | | | | | | | |
| | | | | 87.50 | | | 3241.34 | | 47.50 | 597.32 | 0.00 | 458.33 | 3699.67 | 21.14097 | 406.8761 | | 87.50 | 47.5 | 42.28 | 406.88 |
| 4/10/2015 | 16 | FH | | 12.50 | 314.38 | 87.29 | 401.67 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | |
| 4/11/2015 | 16 | FH | | 12.50 | 314.38 | 87.29 | 401.67 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | |
| 4/12/2015 | 16 | FH | | 12.50 | 314.38 | 87.29 | 401.67 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | |
| 4/13/2015 | 16 | FH | | 12.50 | 440.13 | 96.20 | 536.33 | 2.50 | 10.00 | 125.75 | 30.00 | | | | | | | | |
| | | | | 50.00 | | | 1741.34 | | 10.00 | 125.75 | 120.00 | 458.33 | 2319.67 | 23.1967 | 106.217 | | 50.00 | 10 | 46.39 | 106.22 |
| 4/28/2015 | 18 | FH | | 12.50 | 314.38 | 87.29 | 401.67 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | |
| 4/29/2015 | 18 | FH | | 12.50 | 314.38 | 87.29 | 401.67 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | |
| 4/30/2015 | 18 | FH | | 12.50 | 314.38 | 87.29 | 401.67 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | |
| | | | | 37.50 | | | 1205.01 | | 0.00 | 0.00 | 90.00 | 458.33 | 1753.34 | 23.37787 | 0 | | | | | |
| 5/1/2015 | 19 | FH | | 12.50 | 314.38 | 87.29 | 401.67 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | |
| 5/2/2015 | 19 | FH | | 12.50 | 314.38 | 87.29 | 401.67 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | |
| 5/3/2015 | 19 | FH | | 12.50 | 314.38 | 87.29 | 401.67 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | |
| 5/4/2015 | 19 | FH | | 12.50 | 440.13 | 96.20 | 536.33 | 2.50 | 10.00 | 125.75 | 30.00 | | | | | | | | |
| 5/5/2015 | 19 | FH | | 12.50 | 471.57 | 98.43 | 570.00 | 0.00 | 12.50 | 157.19 | 30.00 | | | | | | | | |
| 5/6/2015 | 19 | FH | | 12.50 | 471.57 | 98.43 | 570.00 | 0.00 | 12.50 | 157.19 | 30.00 | | | | | | | | |
| 5/7/2015 | 19 | FH | | 12.50 | 471.57 | 98.43 | 570.00 | 0.00 | 12.50 | 157.19 | 30.00 | | | | | | | | |
| | | | | 87.50 | | | 3451.34 | | 47.50 | 597.32 | 210.00 | 458.33 | 4119.67 | 23.54097 | 520.8761 | | 87.50 | 47.5 | 47.08 | 520.88 |
| 5/8/2015 | 20 | FH | | 12.50 | 314.38 | 86.82 | 401.20 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | |
| 5/9/2015 | 20 | FH | | 12.50 | 314.38 | 86.82 | 401.20 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | |
| 5/10/2015 | 20 | FH | | 12.50 | 314.38 | 86.82 | 401.20 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | |
| 5/11/2015 | 20 | FH | | 12.50 | 440.13 | 95.54 | 535.67 | 2.50 | 10.00 | 125.75 | 30.00 | | | | | | | | |
| | | | | 50.00 | | | 1739.27 | | 10.00 | 125.75 | 120.00 | 458.33 | 2317.6 | 23.176 | 106.01 | | 50.00 | 10 | 46.35 | 106.01 |
| 5/26/2015 | 22 | FH | | 5.50 | 138.33 | 74.60 | 212.93 | 5.50 | 0.00 | 0.00 | 30.00 | | | | | | | | |
| 5/27/2015 | 22 | FH | | 12.50 | 314.38 | 73.73 | 388.11 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | |
| 5/28/2015 | 22 | FH | | 12.50 | 314.38 | 86.82 | 401.20 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | |
| | | | | 30.50 | | | 1002.24 | | 0.00 | 0.00 | 90.00 | 458.33 | 1550.57 | 25.41918 | 0 | | | | | |
| 5/29/2015 | 23 | FH | | 12.50 | 314.38 | 86.82 | 401.20 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | |
| 5/30/2015 | 23 | FH | | 12.50 | 314.38 | 86.82 | 401.20 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | |
| 5/31/2015 | 23 | FH | | 12.50 | 314.38 | 86.82 | 401.20 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | |
| 6/1/2015 | 23 | FH | | 12.50 | 440.13 | 95.54 | 535.67 | 2.50 | 10.00 | 125.75 | 30.00 | | | | | | | | |
| 6/2/2015 | 23 | FH | | 12.50 | 471.57 | 97.73 | 569.30 | 0.00 | 12.50 | 157.19 | 30.00 | | | | | | | | |
| 6/3/2015 | 23 | FH | | 12.50 | 471.57 | 97.73 | 569.30 | 0.00 | 12.50 | 157.19 | 30.00 | | | | | | | | |
| 6/4/2015 | 23 | FH | | 12.50 | 471.57 | 97.73 | 569.30 | 0.00 | 12.50 | 157.19 | 30.00 | | | | | | | | |
| | | | | 87.50 | | | 3447.17 | | 47.50 | 597.32 | 210.00 | 458.33 | 4115.5 | 23.51714 | 519.7443 | | 87.50 | 47.5 | 47.03 | 519.74 |
| 6/5/2015 | 24 | FH | | 12.50 | 350.00 | 65.00 | 415.00 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | |
| 6/6/2015 | 24 | FH | | 12.50 | 350.00 | 65.00 | 415.00 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | |
| 6/7/2015 | 24 | FH | | 12.50 | 350.00 | 65.00 | 415.00 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | |
| 6/8/2015 | 24 | FH | | 12.50 | 490.00 | 65.00 | 555.00 | 2.50 | 10.00 | 140.00 | 30.00 | | | | | | | | |

| Date | # | Code | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 50.00 | | | 1800.00 | | 10.00 | 140.00 | 120.00 | 458.33 | 2378.33 | 23.7833 | 97.833 | | 50.00 | 10 | 47.57 | 97.83 |
| 1/6/2015 | 2 | DK | 12.50 | 355.00 | 57.61 | 412.61 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 1/7/2015 | 2 | DK | 12.50 | 355.00 | 57.61 | 412.61 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 1/8/2015 | 2 | DK | 12.50 | 355.00 | 57.61 | 412.61 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| | | | 37.50 | | | 1237.83 | | 0.00 | 0.00 | 0.00 | 318.18 | 1556.01 | 20.7468 | | 0 | | | | |
| 1/9/2015 | 3 | DK | 12.50 | 355.00 | 57.61 | 412.61 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 1/10/2015 | 3 | DK | 12.50 | 355.00 | 57.61 | 412.61 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 1/11/2015 | 3 | DK | 12.50 | 355.00 | 57.61 | 412.61 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 1/12/2015 | 3 | DK | 12.50 | 497.00 | 66.66 | 563.66 | 2.50 | 10.00 | 142.00 | 0.00 | | | | | | | | | |
| 1/13/2015 | 3 | DK | 12.50 | 532.50 | 68.92 | 601.42 | 0.00 | 12.50 | 177.50 | 0.00 | | | | | | | | | |
| 1/14/2015 | 3 | DK | 12.50 | 532.50 | 68.92 | 601.42 | 0.00 | 12.50 | 177.50 | 0.00 | | | | | | | | | |
| 1/15/2015 | 3 | DK | 12.50 | 532.50 | 68.92 | 601.42 | 0.00 | 12.50 | 177.50 | 0.00 | | | | | | | | | |
| | | | 87.50 | | | 3605.75 | | 47.50 | 674.50 | 0.00 | 318.18 | 3923.93 | 22.42246 | 390.5667 | | 87.50 | 47.5 | 44.84 | 390.57 |
| 1/16/2015 | 4 | DK | 12.50 | 355.00 | 55.95 | 410.95 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 1/17/2015 | 4 | DK | 12.50 | 355.00 | 55.95 | 410.95 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 1/18/2015 | 4 | DK | 12.50 | 355.00 | 55.95 | 410.95 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 1/19/2015 | 4 | DK | 12.50 | 497.00 | 64.32 | 561.32 | 2.50 | 10.00 | 142.00 | 0.00 | | | | | | | | | |
| | | | 50.00 | | | 1794.17 | | 10.00 | 142.00 | 0.00 | 318.18 | 2112.35 | 21.1235 | 69.235 | | 50.00 | 10 | 42.25 | 69.24 |
| 2/3/2015 | 6 | DK | 12.50 | 355.00 | 55.95 | 410.95 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 2/4/2015 | 6 | DK | 12.50 | 355.00 | 55.95 | 410.95 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 2/5/2015 | 6 | DK | 12.50 | 355.00 | 55.95 | 410.95 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| | | | 37.50 | | | 1232.85 | | 0.00 | 0.00 | 0.00 | 318.18 | 1551.03 | 20.6804 | | 0 | | | | |
| 2/6/2015 | 7 | DK | 12.50 | 355.00 | 55.95 | 410.95 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 2/7/2015 | 7 | DK | 12.50 | 355.00 | 55.95 | 410.95 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 2/8/2015 | 7 | DK | 12.50 | 355.00 | 55.95 | 410.95 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 2/9/2015 | 7 | DK | 12.50 | 497.00 | 64.32 | 561.32 | 2.50 | 10.00 | 142.00 | 0.00 | | | | | | | | | |
| 2/10/2015 | 7 | DK | 12.50 | 532.50 | 66.42 | 598.92 | 0.00 | 12.50 | 177.50 | 0.00 | | | | | | | | | |
| 2/11/2015 | 7 | DK | 12.50 | 532.50 | 66.42 | 598.92 | 0.00 | 12.50 | 177.50 | 0.00 | | | | | | | | | |
| 2/12/2015 | 7 | DK | 12.50 | 532.50 | 66.42 | 598.92 | 0.00 | 12.50 | 177.50 | 0.00 | | | | | | | | | |
| | | | 87.50 | | | 3590.93 | | 47.50 | 674.50 | 0.00 | 318.18 | 3909.11 | 22.33777 | 386.5441 | | 87.50 | 47.5 | 44.68 | 386.54 |
| 2/13/2015 | 8 | DK | 12.50 | 355.00 | 55.52 | 410.52 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 2/14/2015 | 8 | DK | 12.50 | 355.00 | 55.52 | 410.52 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 2/15/2015 | 8 | DK | 12.50 | 355.00 | 55.52 | 410.52 | 12.50 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 2/16/2015 | 8 | DK | 12.50 | 497.00 | 63.73 | 560.73 | 2.50 | 10.00 | 142.00 | 0.00 | | | | | | | | | |
| | | | 50.00 | | | 1792.29 | | 10.00 | 142.00 | 0.00 | 318.18 | 2110.47 | 21.1047 | 69.047 | | 50.00 | 10 | 42.21 | 69.05 |
| 3/3/2015 | 10 | DK | 12.50 | 355.00 | 85.52 | 440.52 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | | |
| 3/4/2015 | 10 | FH | 12.50 | 314.38 | 78.81 | 393.19 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | | |
| 3/5/2015 | 10 | FH | 12.50 | 314.38 | 83.17 | 397.55 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | | |
| | | | 37.50 | | | 1231.26 | | 0.00 | 0.00 | 90.00 | 318.18 | 1639.44 | 21.8592 | | 0 | | | | |
| 3/6/2015 | 11 | FH | 12.50 | 314.38 | 83.17 | 397.55 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | | |
| 3/7/2015 | 11 | FH | 12.50 | 314.38 | 83.17 | 397.55 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | | |
| 3/8/2015 | 11 | FH | 12.50 | 314.38 | 83.17 | 397.55 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | | |
| 3/9/2015 | 11 | FH | 12.50 | 440.13 | 90.44 | 530.57 | 2.50 | 10.00 | 125.75 | 30.00 | | | | | | | | | |
| 3/10/2015 | 11 | FH | 13.50 | 509.29 | 94.44 | 603.73 | 0.00 | 13.50 | 169.76 | 30.00 | | | | | | | | | |
| 3/11/2015 | 11 | FH | 12.50 | 471.57 | 92.26 | 563.83 | 0.00 | 12.50 | 157.19 | 30.00 | | | | | | | | | |
| 3/12/2015 | 11 | FH | 12.50 | 471.57 | 92.26 | 563.83 | 0.00 | 12.50 | 157.19 | 30.00 | | | | | | | | | |
| | | | 88.50 | | | 3454.61 | | 48.50 | 609.89 | 210.00 | 318.18 | 3982.79 | 22.50164 | 481.4395 | | 88.50 | 48.5 | 45.00 | 481.44 |
| 3/13/2015 | 12 | FH | 12.50 | 314.38 | 87.29 | 401.67 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | | |
| 3/14/2015 | 12 | FH | 12.50 | 314.38 | 87.29 | 401.67 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | | |
| 3/15/2015 | 12 | FH | 12.50 | 314.38 | 87.29 | 401.67 | 12.50 | 0.00 | 0.00 | 30.00 | | | | | | | | | |
| 3/16/2015 | 12 | FH | 12.50 | 440.13 | 96.20 | 536.33 | 2.50 | 10.00 | 125.75 | 30.00 | | | | | | | | | |
| | | | 50.00 | | | 1741.34 | | 10.00 | 125.75 | 120.00 | 318.18 | 2179.52 | 21.7952 | 92.202 | 4980.42 | 50.00 | 10 | 43.59 | 92.20 |